AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

MELINDA BROWN and TREFFLE
LAFLECHE,
   Plaintiffs,

V.

AMERICAN INTERNATIONAL GROUP, INC. and
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PENNSYLVANIA,
   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10685 GAO**

TO: (Name and address of Defendant)

American International Group, Inc.
c/o United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

B. Michael Ortwein, Esq., Gadsby Hannah LLP, 225 Franklin Street, 22nd Floor,
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_(signature)_
(By) DEPUTY CLERK

DATE: APR 5 2004

⚛AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/5/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William H. Dewsnap, III | Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By delivering in-hand to Bernardo Montanez, Process Specialist, American International Group c/o CSC, 84 State St., Boston, MA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $15.00 | TOTAL $15.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service ~~Fees is true and~~ correct.

Executed on 4/5/04
　　　　　　　　Date　　　　　　Signature of Server

　　92 State St., Boston, MA
　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

MELINDA BROWN and TREFFLE LAFLECHE,
    Plaintiffs,

V.

AMERICAN INTERNATIONAL GROUP, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10685 GAO**

TO: (Name and address of Defendant)

American International Group, Inc.
c/o United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

B. Michael Ortwein, Esq., Gadsby Hannah LLP, 225 Franklin Street, 22nd Floor, Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  APR 5 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American International Group, Inc. c/o United States Corporation Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  Judith C. Barbaugh

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7099 3400 0015 8170 0716

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

...on of suitable age and...

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                       Signature of Server

                                         _____
                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.