UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 04 10685 WGY

| | |
|---|---|
| MELINDA BROWN and<br>TREFFLE LAFLECHE, | )<br>)<br>) |
|     Plaintiffs | )<br>) |
| VS. | )<br>) |
| AMERICAN INTERNATIONAL GROUP,<br>INC. and NATIONAL UNION FIRE<br>INSURANCE COMPANY OF<br>PITTSBURGH, PENNSYLVANIA, | )<br>)<br>)<br>)<br>) |
|     Defendants | ) |

ASSENTED TO MOTION TO EXTEND TIME FOR ANSWER OR OTHER

RESPONSIVE PLEADING

The defendants, American International Group, Inc. ('AIG') and National Union Fire Insurance Co. of Pittsburgh, Pennsylvania ('National Union') with the assent of the plaintiffs' attorneys, move that the time for service of an Answer or other responsive pleading be extended to and including May 10, 2004.

By their attorneys,

FINNEGAN, UNDERWOOD,
RYAN & TIERNEY

_s/John G. Ryan_
John G. Ryan
22 Batterymarch St., 4th Floor
Boston, MA 02109
617-348-9200
BBO #435560

Assented to:
s/ B. Michael Ortwein

April 23, 2004