UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MELINDA BROWN and TREFFLE LAFLECHE, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>AMERICAN INTERNATIONAL GROUP, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, <br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C. A. No. 04-10685 GAO |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 1**

**(THIS DOCUMENT IS NOT ELECTRONICALLY FILED PURSUANT TO CM/ECF ADMINISTRATIVE PROCEDURE L-3 DATED OCTOBER 24, 2003 AS IT IS ALREADY ELECTRONICALLY FILED WITH THE COURT)**