UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MELINDA BROWN and TREFFLE LAFLECHE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br><br>Defendants. | C. A. No. 04-10685 WGY |

### AFFIDAVIT OF CHARLES DALE, III, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Charles Dale, III, Esq., to hereby depose and say as follows:

1. My name is Charles Dale, III, Esq., and I am a partner with the law firm of Gadsby Hannah LLP located in Boston, Massachusetts. I am counsel for Plaintiffs Melinda Brown and Treffle LaFleche (the "Plaintiffs"). I submit this affidavit in support of Plaintiffs' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 to attest to the statements contained herein.

2. On February 13, 2004, John F. Varley, III, AIG Claims Manager, left me a voicemail. In his voicemail, he stated that he stated that American International Group, Inc. ("AIG") and National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union") (collectively the "Defendants") intended to deny coverage of the Plaintiffs claims under

B0362117v1

the Directors and Officers Corporate Liability Policy No. 872-35-08 and Run-Off Endorsement (the "D&O Policy" or "Policy").

    3.    On February 18, 2004, John F. Varley, III, reiterated the position that the Defendants intended to deny coverage based on the "Prior Acts" exclusion in a conversation with me.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF MAY, 2004.

    /s/ Charles Dale, III
    Charles Dale, III, Esq.

B0362117v1