## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                                                    **Civil Action**
                                                    **No:04-10685-WGY**

**BROWN**
**Plaintiff**

**v.**

**AMERICAN INT'L GROUP, ET AL**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**


     **TAKE NOTICE that the above-entitled case has been set for HEARING ON THE P'S MOTION FOR SUMMARY JUDGMENT  at2:00 P.M. , on MONDAY JUNE 21 , 2004, in Courtroom No. 18, 5TH FLOOR.**
**OPPOSITION IS DUE BY MAY 25, 2004.**
 **REPLY BRIEF, IF ANY, IS DUE BY JUNE 4, 2004.**


                                                    **By the Court,**

                                                    **/s/ Elizabeth Smith**
                                                    _____
                                                    **Deputy Clerk**


**May 21, 2004**

**To: All Counsel**