UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 04 10685 WGY

| | |
|---|---|
| MELINDA BROWN and | ) |
| TREFFLE LAFLECHE, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| AMERICAN INTERNATIONAL GROUP, | ) |
| INC. and NATIONAL UNION FIRE | ) |
| INSURANCE COMPANY OF | ) |
| PITTSBURGH, PENNSYLVANIA, | ) |
| Defendants | ) |

## RULE 7.1 (A) (2) CERTIFICATION

    I, John G. Ryan, certify that Michael Keohane, an Associate in my office, discussed the DEFENDANTS' MOTION TO FILE A REPLY TO PLAINTIFF'S REPLY BRIEF with Attorney B. Michael Ortwein, III, counsel for the Plaintiffs, and attempted in good faith to resolve or narrow the issue. As a result, Plaintiffs' counsel agreed that he had no opposition to the filing of that Motion.

June 18, 2004

                                            /s/ John G. Ryan
                                            John G. Ryan, BBO #435560
                                            22 Batterymarch St., 4th Floor
                                            Boston, MA 02109
                                            617-348-9200