UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 04 10685 WGY

| | |
|---|---|
| MELINDA BROWN AND ) | |
| TREFFLE LAFLECHE, ) | |
|             ) | |
|     PLAINTIFFS ) | |
|             ) | |
| VS.         ) | |
|             ) | |
| AMERICAN INTERNATIONAL GROUP, ) | |
| INC. AND NATIONAL UNION FIRE ) | **LR 5.1 (c) – Request For Special** |
| INSURANCE COMPANY OF ) | **Action** - Determination Prior to |
| PITTSBURGH, PENNSYLVANIA, ) | Trial Now Scheduled for 6/30/04 |
|             ) | |
| DEFENDANTS ) | |

## DEFENDANTS' MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENAE

The defendants, American International Group, Inc. and National Union Fire Insurance Company of Pittsburgh Pennsylvania, pursuant to Federal Rules of Civil Procedure 45(c)(3)(A)(iv) and Federal Rules of Civil Procedure 45(c)(3)(b)(ii), hereby move that this court to quash the Plaintiffs' Trial Subpoenae.

In support for this Motion, the defendants refer to the Memo attached hereto.

WHEREFORE, the defendants and each of them move that the subpoenae be quashed and that the plaintiffs be required to go forward with trial as scheduled on June 30, 2004 without compelled production of documents or witnesses subject to the subpoenae.

1

By their attorneys,

FINNEGAN, UNDERWOOD,
RYAN & TIERNEY

s/ John G. Ryan

_____
John G. Ryan
22 Batterymarch St., 4th Floor
Boston, MA 02109
617-348-9200
BBO #435560

## RULE 7.1 (A) (2) CERTIFICATION

I, John G. Ryan, hereby certify that I wrote to plaintiffs' attorneys on June 25, 2004 and had a telephone conversation with Attorney Kelly , representing the plaintiffs, on June 28, 2004, concerning the DEFENDANTS' MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENAE and attempted in good faith to resolve or narrow the issues in the Motion. Plaintiffs' attorney was not agreeable to the compromise offered and made no offer of his own.

June 28, 2004

/s/ John G. Ryan
John G. Ryan, BBO #435560