UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELINDA BROWN and TREFFLE LAFLECHE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br><br>Defendants. | C. A. No. 04-10685 WGY |

**PLAINTIFFS' ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE POST-TRIAL BRIEF**

The Plaintiffs, Melinda Brown and Treffle LaFleche, with the assent of the Defendants, hereby move this Court to grant both parties a brief extension of time, until Monday, July 19, 2004, to submit their respective Post-Trial Memorandum of Law.

Respectfully submitted,
MELINDA BROWN AND TREFFLE LAFLECHE
By their attorneys,

/s/  Daniel J. Kelly
Daniel J. Kelly, BBO # 553926
dkelly@ghlaw.com
B. Michael Ortwein, III BBO# 654836
bortwein@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
(617) 345-7000

        Assented to:
        DEFENDANTS,
        By their attorneys,

        /s/ John G. Ryan_____
        John G. Ryan, BBO #435560
        Finnegan, Underwood, Ryan & Tierney
        22 Batterymarch Street
        Boston, Massachusetts 02109
        (617) 348-9200

Dated:  July 15, 2004

## Local Rule 7.1(2) Certification

    The undersigned certifies that he has conferred in good faith with counsel for the Defendants in an attempt to seek its assent to the within motion, and that counsel for the Defendants has assented.

        /s/ B. Michael Ortwein, Esq._____

B0373415v1