UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELINDA BROWN and TREFFLE )
LaFLECHE, )
      Plaintiff, )
     )
v. ) CIVIL ACTION
     ) NO. 04-10685-WGY
AMERICAN INTERNATIONAL GROUP, )
INC. and NATIONAL UNION FIRE )
INSURANCE COMPANY OF )
PITTSBURGH, PENNSYLVANIA, )

JUDGMENT

YOUNG, C.J.                                                       October 20, 2004

In accordance with the Memorandum and Order of October 19, 2004, it is DECLARED that National Union has a duty to advance defense costs to the Plaintiffs prior to the final disposition of the Trustee's Complaint. Consistent with commercial practice, the parties are to allocate defense costs to potentially covered claims by negotiation. See § 12A.05[7][D].

                                                             Elizabeth Smith, Deputy Clerk

Approved as to form:                  
                          WILLIAM G. YOUNG
                          CHIEF JUDGE