```
                                                                  1


 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 04-10685-WGY

 4

 5    * * * * * * * * * * * * * * * *
                                     *
 6    MELINDA BROWN AND              *
      TREFFLE LAFLECHE,              *
 7                                   *
              Plaintiffs             *
 8                                   *
      v.                             *  MOTION HEARING
 9                                   *
      AMERICAN INTERNATIONAL GROUP,  *
10    INC. AND NATIONAL UNION FIRE   *
      INSURANCE CO. OF PITTSBURGH,   *
11    PENNSYLVANIA,                  *
                                     *
12              Defendants.          *
                                     *
13    * * * * * * * * * * * * * * * *

14            BEFORE:  The Honorable William G. Young,
                              District Judge
15

16    APPEARANCES:

17
                GADSBY & HANNAH LLP (By Daniel J. Kelly,
18      Esq. and B. Michael Ortwein, Esq.), 225 Franklin
        Street, Boston, Massachusetts 02110, on behalf of
19      the Plaintiffs

20
                FINNEGAN, UNDERWOOD, RYAN & TIERNEY (By
21      John G. Ryan, Esq.), 22 Batterymarch Street, 4th
        Floor, Boston, Massachusetts 02109, on behalf of
22      the Defendants

23

24                                          1 Courthouse Way
                                            Boston, Massachusetts
25
                                            June 21, 2004
```