UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| MELINDA BROWN AND TREFFLE LAFLECHE, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, <br><br> Defendants. | C. A. No. 04-10685 WGY |

## NOTICE OF APPEARANCE OF
## ATTORNEY SCOTT A. SILVERMAN

Now comes Attorney Scott A. Silverman and enters his appearance on behalf of the Plaintiffs Melinda A. Brown and Treffle LaFleche.

                                         Melinda Brown and Treffle LaFleche
                                         By their attorneys,

                                         /s/ Scott A. Silverman
                                         Daniel J. Kelly, BBO # 553926
                                         dkelly@ghlaw.com
                                         Scott A. Silverman, BBO # 638087
                                         ssilverman@ghlaw.com
                                         Gadsby Hannah LLP
                                         225 Franklin Street
                                         Boston, MA  02110
                                         (617) 345-7000

November 10, 2004

-2-

## CERTIFICATE OF SERVICE

  I hereby certify that on this day a true copy of the <u>Notice of Appearance of Attorney Scott A. Silverman</u> was served upon the following via electronic means:

  John G. Ryan, jgr@furtlaw.com

|       |                          |
|-------|--------------------------|
| By:   | /s/ Scott A. Silverman   |
| Date: | November 10, 2004        |